UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ATTACHMENT 1

PLAINTIFFS NAME
ERNEST WRIGHT

V.

DEFENDANTS NAME
Stephen N. Lander
Jill P. Dawiczyk
Patrick M. Hart
Richard D. Kahn

CIVIL ACTION

NO. _____

## COMPLAINT

### PARTIES

1. The plaintiff Ernest Wright is a resident of Boston, Massachusetts, Suffolk County, and a citizen of the United States of America.

   A. The defendant Stephen N. Lander is a resident of Framingham Massachusetts and resides in Middlesex County in the United States of America.

   B. The defendant Jill P. Dawiczyk is a resident of Framingham Massachusetts and resides in Middlesex County in the United States of America.

   C. The defendant Patrick M. Hart is a resident of Marlborough Massachusetts and resides in Middlesex County in the United States of America.

   D. The defendant Richard D. Kahn is a resident of Weston Massachusetts and resides in Middlesex County in the United States of America.

2. This court has jurisdiction over this matter pursuant to 28 U.S.C. §1331.

-ACTS

3. Beginning on MARCH 1 2001 Stephen N. Lander and Jill P. Dawiczyk entered into an agreement to submit false financial information in my Divorce case. Stephen N. Lander then enlisted the services of our finance person Richard D. Kahn and another individual named Patrick M. Hart to help conceal the true amount of money we where dealing with. All four of the defendants submitted and mailed to me many documents since March 1, 2001 both in the state of Massachusetts and out of state in Providence Rhode Island to support the fraud they committed against me.

Mr Kahn as our finance specialist testified in a deposition that he didn't keep records of our financial dealings.

Mr Lander testified when questioned by a judge that his clients income was $25,000 per month. Even though he repeatedly sent in financial statements that didn't reflect that on behalf of his client. This was done along with Jill P. Dawiczyk. Patrick M. Hart helped to conceal the true amount of money where dealing with in his capacity as Disovery master.

4. I am seeking one million dollars in damages against the defendants and such other relief as this court deems just.

Wherefore the plaintiff demands judgment against the defendants for damages and such other relief as this court deems just.

I am requesting a trial by jury

I Ernest Wright demand a trial by jury.

*Ernest Wright*

ERNEST WRIGHT
43 Copeland Street #1
Boston Massachusetts 02119
(617) 442-1312