```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

ERNEST WRIGHT,                  )
          Plaintiff,            )
                                )
     v.                         ) C.A. No. 04-11118-NMG
                                )
STEPHEN N. LANDER, JILL         )
P. DAWICZYK, PATRICK M.         )
HART, and RICHARD D. KAHN,      )
          Defendants.           )
```

                    ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated December 29, 2004 dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

December 29, 2004                      By the Court,

                                       /s/ Rebecca Greenberg
                                       Deputy Clerk