JANUARY, 7, 2005

## Appendix of Forms

2005 JAN 11 P 12:25

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Form 1.
**Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court**

United States District Court for the District of MASSACHUSETT'S
File Number 04-11118-NMG     C.A. No. 04-11118-NMG

A., Plaintiff Ernest Wright )
      v.                             ) Notice of Appeal
B., Defendant Stephen N. Landis )
                 ET AL

Notice is hereby given that [(here name all parties taking the appeal), ERNEST WRIGHT (plaintiffs)(defendants) in the above named case*] hereby appeal to the United States Court of Appeals for the First Circuit (from the final judgment)(from an order (describing it)) of dismissal entered in this action on the 29th day of December, 2004.

(s) Ernest Wright
Attorney for Pro Se
[Address:    143 Copeland Street #1
            Boston Massachusetts, 02119 )  (617) 442-1312

* See Rule 3(c) for permissible ways of identifying appellants.

This appeal is filed based on Federal Rule of Appellate Procedure Rule 24(a)(3)

Sent to Richard Donovan
Clerk of Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500     86
Boston, MA, 02210