## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11118

Ernest Wright

v.

Stephen N. Lander, et al

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/11/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 25, 2005.

Tony Anastas, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/25/05 .

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11118-NMG

Wright v. Lander et al
Assigned to: Judge Nathaniel M. Gorton
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 05/25/2004
Jury Demand: None
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Ernest Wright**   represented by   **Ernest Wright**
43 Copeland Street #1
Boston, MA 02119
617-442-1312
PRO SE

V.

**Defendant**

**Stephen N. Lander**

**Defendant**

**Jill P. Dawiczyk**

**Defendant**

**Patrick M. Hart**

**Defendant**

**Richard D. Kahn**

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 05/25/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Ernest Wright.(Jenness, Susan) (Entered: 05/27/2004) |
| 05/25/2004 | 2 | COMPLAINT, filed by Ernest Wright.(Jenness, Susan) (Entered: 05/27/2004) |
| 05/25/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Jenness, Susan) (Entered: 05/27/2004) |
| 06/24/2004 | 3 | Notice of Reassignment. Judge Nathaniel M. Gorton added. Judge Douglas P. Woodlock no longer assigned to case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (Greenberg, Rebecca) (Entered: 06/28/2004) |
| 10/08/2004 | 4 | Judge Nathaniel M. Gorton : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis.cc/cl (Weissman, Linn) (Entered: 10/08/2004) |
| 10/08/2004 | 5 | Judge Nathaniel M. Gorton : MEMORANDUM AND ORDER entered. Plaintiff shall demonstrate good cause, in writing, why this action should not be dismissed under 28 U.S.C. s. 1915(e)(2) for the reasons stated within thirty-five (35) days of the date of this Memorandum and Order.(Weissman, Linn) Additional attachment(s) added on 10/8/2004 cc/cl (Weissman, Linn). (Entered: 10/08/2004) |
| 10/08/2004 | | Set Deadlines/Hearings: Show Cause Response due by 11/12/2004. (Weissman, Linn) (Entered: 10/08/2004) |
| 11/12/2004 | 6 | Response by Ernest Wright to 5 Memorandum & ORDER,. (Barrette, Mark) (Entered: 11/16/2004) |
| 12/29/2004 | 7 | Judge Nathaniel M. Gorton : Plaintiff has failed to demonstrate good cause why this action should not be dismissed. Accordingly, for the reasons set forth in the accompanying Memorandum and Order, and for the reasons previously set forth in the October 8, 2004 |

| | | |
|---|---|---|
| | | Memorandum and Order, it is hereby ORDERED: (1) Plaintiff's Motion to Amend Complaint is ALLOWED; and (2) This action is hereby ORDERED DISMISSED under 28 U.S.C. s 1915(e)(2). (JMC) (Entered: 12/29/2004) |
| 12/29/2004 | 8 | Judge Nathaniel M. Gorton : ORDER DISMISSING CASE. In accordance with the Memorandum and Order dated December 29, 2004 dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.(JMC) (Entered: 12/29/2004) |
| 01/11/2005 | 9 | NOTICE OF APPEAL as to 8 Order Dismissing Case, by Ernest Wright. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/31/2005. (Barrette, Mark) (Entered: 01/21/2005) |