# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1136

ERNEST WRIGHT,

Plaintiff, Appellant,

v.

STEPHEN N. LANDER, ET AL.,

Defendants, Appellees.

Before

Boudin, Chief Judge,
Lynch and Lipez, Circuit Judges.

**JUDGMENT**
Entered: August 11, 2005

After careful review of the record and appellate briefs, we affirm the district court's dismissal, essentially for the reasons stated in its December 24, 2004 Order. The district court allowed appellant Wright to proceed in forma pauperis and provided him ample opportunity to supplement his purported federal claims before dismissing under 28 U.S.C. §1915(e)(2)(B)(ii)(allowing district court to dismiss an in forma pauperis complaint failing to state a claim "at any time"). As the district court noted, appellant's failure to allege a federal cause of action also deprived it of subject matter jurisdiction under 28 U.S.C. §1331.

We deny, however, appellees' request for sanctions under Fed. R. App. P. 38 as premature. Sanctions may be appropriate in the future, should appellant continue to press claims that may be regarded as frivolous.

All other pending motions are <u>dismissed</u> as moot.

By the Court:

Richard Cushing Donovan, Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

*Susan Pedrazzini* (signature)
**Deputy Clerk**

Date: 9-2-05

By: _____MARGARET CARTER_____
      Chief Deputy Clerk.

[cc: Ernest Wright, Stephen N. Lander, Esq.,
Jill P. Dawiczyk, Esq., Richard M. Novitch, Esq.,
Patrick M. Hart, Esq., Richard D. Kahn, Esq., Clark W. Yudysky, Esq.]